

**ORDERED in the Southern District of Florida on September 26, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                              CASE NO.: 18-17414-BKC-LMI
                                                                                    Chapter 7
**ALEXANDER RUSSELL**
SSN: XXX-XX-4725

           Debtor.           /

**ORDER GRANTING JOEL L. TABAS, TRUSTEE'S
AGREED *EX PARTE* MOTION TO ENLARGE TIME TO FILE
COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

**THIS CAUSE** having come before the Court upon Joel L. Tabas, Trustee's Agreed *Ex Parte* Motion to Enlarge Time to File Complaint Objecting to Debtor's Discharge (the "Motion") [ECF 22], and the Court, having reviewed the Motion, having noted the agreement of the parties, and based on the record, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The Court finds that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtor's discharge.

3.   The deadline for Joel L. Tabas, Trustee to file a complaint objecting to the Debtor's discharge shall be enlarged up to and including, **November 23, 2018.**

# # #

**Submitted By:**

Joel L. Tabas
Florida Bar No. 516902
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
Ingraham Building
25 SE Second Ave. Suite 248
Miami, Florida  33131
Telephone:    (305) 375-8171
Facsimile:    (305) 381-7708
Jtabas@tabassoloff.com

Joel L. Tabas
Attorney Joel L. Tabas is directed to serve copies of this Order on the parties listed and file a Certificate of Service